**99–729.  State v. Beatty.**

Fairfield App. No. 98CA19.  On motion for leave to file delayed appeal.  Motion denied.

**99–751.  State v. McDade.**

Lake App. No. 96–L–197.  On motion for leave to file delayed appeal.  Motion denied.

**99–831.  State v. Griffin.**

Hamilton App. No. C–980143.  On motion for leave to file delayed appeal.  Motion denied.
    MOYER, C.J., and PFEIFER, J., dissent.

**99–966.  State v. Nagel.**

Lucas App. No. L–95–382.  On motion for leave to file delayed appeal.  Motion denied.
    RESNICK, J., not participating.

**99–983.  State v. McDowell.**

Cuyahoga App. No. 70799.  On motion for leave to file delayed appeal.  Motion denied.

**99–1012.  State v. Harris.**

Cuyahoga App. No. 73896.  On motions for leave to file delayed appeal.  Motions denied.
    PFEIFER, J., dissents.

**99–1045.  State v. Singfield.**

Summit App. No. 17160.  On motion for leave to file delayed appeal.  Motion denied.

**99–1097.  State v. Davis.**

Vinton App. No. 98CA523.  On motion for leave to file delayed appeal.  Motion denied.
    MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1117.  State v. Dunn.**

Pickaway App. No. 97CA26.  On motion for leave to file delayed appeal.  Motion denied.

**99–1129.  Kemmeter v. McDaniel Backhoe Serv.**

Brown App. No. CA98–10–027.  On review of order certifying a conflict.  The court determines that a conflict exists; the parties are to brief the issue stated at pages 1–2 of the court of appeals' Entry filed May 21, 1999:

    "The above cause is before the court pursuant to a motion to certify conflict filed by counsel for appellee, Gil Ruehl Plumbing Company, on April 22, 1999.  Appellee contends that this court's opinion released on April 12, 1999 conflicts with a Sixth District Court of Appeals decision, *Toledo Edison v.·P & W Printing [sic, Painting] & Sandblasting Co., Inc.* (Sept. 11, 1992), Lucas App. No. L–91–412, unreported [1992 WL 217522].

    "Upon due consideration of the foregoing, the court finds that its decision is in conflict with the *Toledo Edison* decision.  Appellee's motion for certification is therefore GRANTED.  The issue for certification is whether a hold harmless clause which violates R.C. 2305.31 on its face is enforceable pursuant to *Kendall v. U.S. Dismantling Co.* (1985), 20 Ohio St.3d 61 [20 OBR 360, 485 N.E.2d 1047], if the clause as applied will not result in indemnification of a party's own negligence."
    RESNICK, J., not participating.

**99–1134.  State v. Adams.**

Lucas App. No. L–93–248.  On motion for leave to file delayed appeal.  Motion denied.
    RESNICK, J., not participating.

**99–1168.  State v. Duff.**

Stark App. No. 1997CA00143.  On motion for leave to file delayed appeal.  Motion denied.

**99–1188.  State v. Phillips.**

Cuyahoga App. No. 74010.  On motion for leave to file delayed appeal.  Motion denied.
    PFEIFER, J., dissents.

**99–1211.  State v. Gonzalez.**

Athens App. No. 97CA52.  On motion for leave to file delayed appeal.  Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.